1  Timothy J. Murphy (State Bar No. 54200)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:   (415) 490-9001
   E-mail:  jachtert@laborlawyers.com
5
   Attorneys for Defendant
6  STAFFLOGIX CORPORATION

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11 | ATANASIO R. AGUILERA, Jr., | Case No.: 2:10-cv-02947-JAM-KJN |
|---|---|
12 | | San Joaquin County Superior Court |
   | Plaintiff, | Case No.: 39-2010-00249992-CU-OE-STK |
13 | vs. | |
14 | STAFFLOGIX CORPORATION, an Illinois | **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATES** |
   | corporation; and DOES 1 to 100, inclusive, | |
15 | | |
   | Defendants. | |
16 | | |
17 | | Complaint Filed: September 22, 2010 |
   | | Trial Date: June 18, 2012 |
18

19

20      In order to facilitate the disclosure of expert witnesses and exchange of the reports of

21 those witnesses, and in order to permit the orderly course of discovery:

22      IT IS HEREBY AGREED AND STIPULATED by and between the parties, through

23 their respective counsel, to avoid needless expenditure of time and resources by the Parties, and

24 in the interests of efficiency, that the disclosure of expert witnesses and rebuttal or supplement

25 of expert disclosures be continued by seven (7) weeks, and the date for completion of discovery

26 be continued by thirty-one (31) days, as follows:

27 / / /

28 / / /

---

**STIP. AND [PROPOSED] ORDER TO CONTINUE DISCOVERY** Case No.: 2:10-cv-02947-JAM-KJN    1
SanFrancisco 117949.1

PDF created with pdfFactory trial version www.pdffactory.com

| Event | Present Schedule | Continued Schedule |
|---|---|---|
| Expert witness disclosure | November 11, 2011 | December 30, 2011 |
| Supplemental disclosure and rebuttal expert disclosure | December 2, 2011 | January 20, 2012 |
| Completion of discovery | January 30, 2012 | March 1, 2012 |

The other deadlines set forth in the Status (Pre-trial Scheduling) Order filed December 27, 2010, shall remain in place.

DATED:  October 27, 2011               SHIMODA LAW CORP.


                                       By: /s/ Jennet Zapata for Galen Shimoda
                                           (as authorized 10/27/11)
                                           Galen Shimoda
                                           Attorneys for Plaintiff
                                           ATANASIO R. AGUILERA, Jr.

DATED:  October 27, 2011               FISHER & PHILLIPS LLP


                                       By: /s/ Jennifer K. Achtert
                                           Jennifer K. Achtert
                                           Attorneys for Defendant
                                           STAFFLOGIX CORPORATION

## ORDER

Based on the stipulation of the parties and in the interests of efficiency, it is hereby ORDERED that the scheduled dates are continued as follows:

| Event | Present Schedule | Continued Schedule |
|---|---|---|
| Expert witness disclosure | November 11, 2011 | December 30, 2011 |
| Supplemental disclosure and rebuttal expert disclosure | December 2, 2011 | January 20, 2012 |
| Completion of Discovery | January 30, 2012 | March 1, 2012 |

The other deadlines set forth in the Status (Pre-trial Scheduling) Order filed December 27, 2010, shall remain in place.

Dated:   10/27/2011

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com