1  Timothy J. Murphy (State Bar No. 54200)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:  (415) 490-9001
   E-mail:  jachtert@laborlawyers.com
5
   Attorneys for Defendant
6  STAFFLOGIX CORPORATION

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11 | ATANASIO R. AGUILERA, Jr., | Case No.: 2:10-cv-02947-JAM-KJN
12 |                            | San Joaquin County Superior Court
   |              Plaintiff,    | Case No.: 39-2010-00249992-CU-OE-STK
13 |       vs.                  |
   |                            | **STIPULATION AND ORDER TO**
14 | STAFFLOGIX CORPORATION, an Illinois | **CONTINUE DISCOVERY CUT-OFF**
   | corporation; and DOES 1 to 100, inclusive, | **DATES**
15 |                            |
   |              Defendants.   |
16 |                            |
   |                            | Complaint Filed:  September 22, 2010
17 |                            | Trial Date:  June 18, 2012
18

19

20     In order to facilitate the disclosure of expert witnesses and exchange of the reports of

21 those witnesses, and in order to permit the orderly course of discovery:

22     IT IS HEREBY AGREED AND STIPULATED by and between the parties, through

23 their respective counsel, to avoid needless expenditure of time and resources by the Parties, and

24 in the interests of efficiency, that the disclosure of expert witnesses and rebuttal or supplement

25 of expert disclosures be continued by seven (7) weeks, and the date for completion of discovery

26 be continued by thirty-one (31) days, as follows:

27 / / /

28 / / /

---

**STIP. AND [PROPOSED] ORDER TO CONTINUE DISCOVERY**  Case No.: 2:10-cv-02947-JAM-KJN    1
SanFrancisco 117949.1

PDF created with pdfFactory trial version www.pdffactory.com

| Event | Present Schedule | Continued Schedule |
|---|---|---|
| Expert witness disclosure | November 11, 2011 | December 30, 2011 |
| Supplemental disclosure and rebuttal expert disclosure | December 2, 2011 | January 20, 2012 |
| Completion of discovery | January 30, 2012 | March 1, 2012 |

The other deadlines set forth in the Status (Pre-trial Scheduling) Order filed December 27, 2010, shall remain in place.

DATED: October 27, 2011          SHIMODA LAW CORP.


By: /s/ Jennet Zapata for Galen Shimoda
    (as authorized 10/27/11)
    Galen Shimoda
    Attorneys for Plaintiff
    ATANASIO R. AGUILERA, Jr.

DATED: October 27, 2011          FISHER & PHILLIPS LLP


By: /s/ Jennifer K. Achtert
    Jennifer K. Achtert
    Attorneys for Defendant
    STAFFLOGIX CORPORATION

**STIP. AND [PROPOSED] ORDER TO CONTINUE DISCOVERY** Case No.: 2:10-cv-02947-JAM-KJN    2
SanFrancisco 117949.1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based on the stipulation of the parties and in the interests of efficiency, it is hereby ORDERED that the scheduled dates are continued as follows:

| Event | Present Schedule | Continued Schedule |
| --- | --- | --- |
| Expert witness disclosure | November 11, 2011 | December 30, 2011 |
| Supplemental disclosure and rebuttal expert disclosure | December 2, 2011 | January 20, 2012 |
| Completion of Discovery | January 30, 2012 | March 1, 2012 |

The other deadlines set forth in the Status (Pre-trial Scheduling) Order filed December 27, 2010, shall remain in place.

Dated:   10/27/2011                    /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com